IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/12/2019

| | |
|---|---|
| In re:<br><br>SOUTHERN FOODS GROUP, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 75-2571364 | Chapter 11<br><br>Case No. 19-36313 (DRJ) |
| In re:<br><br>DEAN FOODS COMPANY,<br><br>        Debtor.<br><br>Tax I.D. No. 75-2559681 | Chapter 11<br><br>Case No. 19-36314 (DRJ) |
| In re:<br><br>ALTA-DENA CERTIFIED DAIRY, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4261347 | Chapter 11<br><br>Case No. 19-36315 (DRJ) |
| In re:<br><br>BERKELEY FARMS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 94-3308965 | Chapter 11<br><br>Case No. 19-3632 (DRJ) |

| | |
|---|---|
| In re:<br><br>CASCADE EQUITY REALTY, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No. 27-2963940 | Chapter 11<br><br>Case No. 19-36323 (DRJ) |
| In re:<br><br>COUNTRY FRESH, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  38-1256303 | Chapter 11<br><br>Case No. 19-36329 (DRJ) |
| In re:<br><br>DAIRY INFORMATION SYSTEMS HOLDINGS, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  20-1859144 | Chapter 11<br><br>Case No. 19-36337 (DRJ) |
| In re:<br><br>DAIRY INFORMATION SYSTEMS, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  20-2830009 | Chapter 11<br><br>Case No. 19-36340 (DRJ) |
| In re:<br><br>DEAN DAIRY HOLDINGS, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  75-2969188 | Chapter 11<br><br>Case No. 19-36344 (DRJ) |

| | |
|---|---|
| In re:<br><br>DEAN EAST II, LLC,<br><br>        Debtor.<br><br>Tax I.D. No.  75-2969192 | Chapter 11<br><br>Case No. 19-36346 (DRJ) |
| In re:<br><br>DEAN EAST, LLC,<br><br>        Debtor.<br><br>Tax I.D. No.  74-2938751 | Chapter 11<br><br>Case No. 19-36347 (DRJ) |
| In re:<br><br>DEAN FOODS NORTH CENTRAL, LLC,<br><br>        Debtor.<br><br>Tax I.D. No.  36-4277858 | Chapter 11<br><br>Case No. 19-36348 (DRJ) |
| In re:<br><br>DEAN FOODS OF WISCONSIN, LLC,<br><br>        Debtor.<br><br>Tax I.D. No.  26-4552504 | Chapter 11<br><br>Case No. 19-36351 (DRJ) |
| In re:<br><br>DEAN HOLDING COMPANY,<br><br>        Debtor.<br><br>Tax I.D. No.  39-031839 | Chapter 11<br><br>Case No. 19-36354 (DRJ) |

| | |
|---|---|
| In re:<br><br>DEAN INTELLECTUAL PROPERTY SERVICES II, INC.,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 05-053351 | Chapter 11<br><br>Case No. 19-36355 (DRJ) |
| In re:<br><br>DEAN INTERNATIONAL HOLDING COMPANY,<br><br>　　　　Debtor.<br><br>Tax I.D. No.  75-2889785 | Chapter 11<br><br>Case No. 19-36316 (DRJ) |
| In re:<br><br>DEAN MANAGEMENT, LLC,<br><br>　　　　Debtor.<br><br>Tax I.D. No.  75-2587782 | Chapter 11<br><br>Case No. 19-36317 (DRJ) |
| In re:<br><br>DEAN PUERTO RICO HOLDINGS, LLC,<br><br>　　　　Debtor.<br><br>Tax I.D. No.  75-256683 | Chapter 11<br><br>Case No. 19-36318 (DRJ) |
| In re:<br><br>DEAN SERVICES, LLC,<br><br>　　　　Debtor.<br><br>Tax I.D. No.  20-5622168 | Chapter 11<br><br>Case No. 19-36321 (DRJ) |

| | |
|---|---|
| In re:<br><br>DEAN TRANSPORTATION, INC.,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  34-1848896 | Chapter 11<br><br>Case No. 19-36324 (DRJ) |
| In re:<br><br>DEAN WEST II, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  75-2969190 | Chapter 11<br><br>Case No. 19-36325 (DRJ) |
| In re:<br><br>DEAN WEST, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  74-2938753 | Chapter 11<br><br>Case No. 19-36326 (DRJ) |
| In re:<br><br>DFC AVIATION SERVICES, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  46-1241600 | Chapter 11<br><br>Case No. 19-36327 (DRJ) |
| In re:<br><br>DFC ENERGY PARTNERS, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  26-2453889 | Chapter 11<br><br>Case No. 19-36328 (DRJ) |

| | |
|---|---|
| In re:<br><br>DFC VENTURES, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  82-1264213 | Chapter 11<br><br>Case No. 19-36330 (DRJ) |
| In re:<br><br>DGI VENTURES, INC.,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  26-0196766 | Chapter 11<br><br>Case No. 19-36332 (DRJ) |
| In re:<br><br>DIPS LIMITED PARTNER II,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  36-4327167 | Chapter 11<br><br>Case No. 19-36333 (DRJ) |
| In re:<br><br>FRANKLIN HOLDINGS, INC.,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  11-2228114 | Chapter 11<br><br>Case No. 19-36335 (DRJ) |
| In re:<br><br>FRESH DAIRY DELIVERY, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  27-1372314 | Chapter 11<br><br>Case No. 19-36336 (DRJ) |

| | |
|---|---|
| In re:<br><br>FRIENDLY'S ICE CREAM HOLDINGS CORP.,<br><br>            Debtor.<br><br>Tax I.D. No.  46-4527609 | Chapter 11<br><br>Case No. 19-36319 (DRJ) |
| In re:<br><br>FRIENDLY'S MANUFACTURING AND RETAIL, LLC,<br><br>            Debtor.<br><br>Tax I.D. No.  36-4719828 | Chapter 11<br><br>Case No. 19-36322 (DRJ) |
| In re:<br><br>GARELICK FARMS, LLC,<br><br>            Debtor.<br><br>Tax I.D. No.  52-2133221 | Chapter 11<br><br>Case No. 19-36331 (DRJ) |
| In re:<br><br>MAYFIELD DAIRY FARMS, LLC,<br><br>            Debtor.<br><br>Tax I.D. No.  62-0583008 | Chapter 11<br><br>Case No. 19-36334 (DRJ) |
| In re:<br><br>MIDWEST ICE CREAM COMPANY, LLC,<br><br>            Debtor.<br><br>Tax I.D. No.  36-4400130 | Chapter 11<br><br>Case No. 19-36338 (DRJ) |

| | |
|---|---|
| In re:<br><br>MODEL DAIRY, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  75-2677981 | Chapter 11<br><br>Case No. 19-36339 (DRJ) |
| In re:<br><br>REITER DAIRY, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  04-3673675 | Chapter 11<br><br>Case No. 19-36341 (DRJ) |
| In re:<br><br>SAMPSON VENTURES, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  77-0667714 | Chapter 11<br><br>Case No. 19-36342 (DRJ) |
| In re:<br><br>SHENANDOAH'S PRIDE, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  74-2952858 | Chapter 11<br><br>Case No. 19-36343 (DRJ) |
| In re:<br><br>STEVE'S ICE CREAM, LLC,<br><br>　　　　　Debtor.<br><br>Tax I.D. No.  82-1926807 | Chapter 11<br><br>Case No. 19-36345 (DRJ) |

| | |
|---|---|
| In re:<br><br>SUIZA DAIRY GROUP, LLC,<br><br>             Debtor.<br><br>Tax I.D. No.  04-3742039 | Chapter 11<br><br>Case No. 19-36349 (DRJ) |
| In re:<br><br>TUSCAN/LEHIGH DAIRIES, INC.,<br><br>             Debtor.<br><br>Tax I.D. No.  33-1046774 | Chapter 11<br><br>Case No. 19-36350 (DRJ) |
| In re:<br><br>UNCLE MATT'S ORGANIC, INC.,<br><br>             Debtor.<br><br>Tax I.D. No.  42-1560079 | Chapter 11<br><br>Case No. 19-36352 (DRJ) |
| In re:<br><br>VERIFINE DAIRY PRODUCTS OF SHEBOYGAN, LLC,<br><br>             Debtor.<br><br>Tax I.D. No.  39-0677200 | Chapter 11<br><br>Case No. 19-36353 (DRJ) |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**
**[RELATES TO DKT. NO. 2]**

On the motion[1] for joint administration of these cases under Bankruptcy Rule 1015, the Court orders that the above referenced cases are jointly administered. Additionally, the following checked items are ordered:

1. \_\_\_\_X\_\_\_\_\_  One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

2. \_\_\_\_X\_\_\_\_\_  All of the jointly administered cases not previously assigned to Judge David R. Jones are transferred to Judge David R. Jones.

3. \_\_\_\_X\_\_\_\_\_  Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. \_\_\_\_X\_\_\_\_\_  Other: See below.

IT IS FURTHER ORDERED THAT:

1. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Southern Foods Group, LLC, Case No. 19-36313 (DRJ).

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Chapter 11 Cases, the Debtors, or the Debtors' estates.

3. The caption of the jointly administered Chapter 11 Cases shall read as follows:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SOUTHERN FOODS GROUP, LLC, *et al.*, | ) ) ) | Case No. 19-36313 (DRJ) |
| Debtors.¹ | ) ) ) | (Jointly Administered) |

¹  The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Southern Foods Group, LLC (1364); Dean Foods Company (9681); Alta-Dena Certified Dairy, LLC (1347); Berkeley Farms, LLC (8965); Cascade Equity Realty, LLC (3940); Country Fresh, LLC (6303); Dairy Information Systems Holdings, LLC (9144); Dairy Information Systems, LLC (0009); Dean Dairy Holdings, LLC (9188); Dean East II, LLC (9192); Dean East, LLC (8751); Dean Foods North Central, LLC (7858); Dean Foods of Wisconsin, LLC (2504); Dean Holding Company (8390); Dean Intellectual Property Services II, Inc. (3512); Dean International Holding Company (9785); Dean Management, LLC (7782); Dean Puerto Rico Holdings, LLC (6832); Dean Services, LLC (2168); Dean Transportation, Inc. (8896); Dean West II, LLC (9190); Dean West, LLC (8753); DFC Aviation Services, LLC (1600); DFC Energy Partners, LLC (3889); DFC Ventures, LLC (4213); DGI Ventures, Inc. (6766); DIPS Limited Partner II (7167); Franklin Holdings, Inc. (8114); Fresh Dairy Delivery, LLC (2314); Friendly's Ice Cream Holdings Corp. (7609); Friendly's Manufacturing and Retail, LLC (9828); Garelick Farms, LLC (3221); Mayfield Dairy Farms, LLC (3008); Midwest Ice Cream Company, LLC (0130); Model Dairy, LLC (7981); Reiter Dairy, LLC (3675); Sampson Ventures, LLC (7714); Shenandoah's Pride, LLC (2858); Steve's Ice Cream, LLC (6807); Suiza Dairy Group, LLC (2039); Tuscan/Lehigh Dairies, Inc. (6774); Uncle Matt's Organic, Inc. (0079); and Verifine Dairy Products of Sheboygan, LLC (7200). The debtors' mailing address is 2711 North Haskell Avenue, Suite 3400, Dallas, TX 75204.

4.  A docket entry shall be entered on the docket in each of the Chapter 11 Cases (other than the Chapter 11 Case of Southern Foods Group, LLC) substantially as follows:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas directing the joint administration of this case solely for procedural purposes with the chapter 11 cases of Southern Foods Group, LLC; Dean Foods Company; Alta-Dena Certified Dairy, LLC; Berkeley Farms, LLC; Cascade Equity Realty, LLC; Country Fresh, LLC; Dairy Information Systems Holdings, LLC; Dairy Information Systems, LLC; Dean Dairy Holdings, LLC; Dean East II, LLC; Dean East, LLC; Dean Foods North Central, LLC; Dean Foods of Wisconsin, LLC; Dean Holding Company; Dean Intellectual Property Services II, Inc.; Dean International Holding Company; Dean Management, LLC; Dean Puerto Rico Holdings, LLC; Dean Services, LLC; Dean Transportation, Inc.; Dean West II, LLC; Dean West, LLC; DFC Aviation Services, LLC; DFC Energy Partners, LLC; DFC Ventures, LLC; DGI Ventures, Inc.; DIPS Limited Partner II; Franklin

Holdings, Inc.; Fresh Dairy Delivery, LLC; Friendly's Ice Cream Holdings Corp.; Friendly's Manufacturing and Retail, LLC; Garelick Farms, LLC; Mayfield Dairy Farms, LLC; Midwest Ice Cream Company, LLC; Model Dairy, LLC; Reiter Dairy, LLC; Sampson Ventures, LLC; Shenandoah's Pride, LLC; Steve's Ice Cream, LLC; Suiza Dairy Group, LLC; Tuscan/Lehigh Dairies, Inc.; Uncle Matt's Organic, Inc.; and Verifine Dairy Products of Sheboygan, LLC.  **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 19-36313 (DRJ).**

5. The requirement of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rule 2002(n) for the inclusion of the Debtors' full tax identification numbers in the captions for Debtors' filings with the Court and notices sent to creditors is waived.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for the Chapter 11 Cases.

7. The Debtors may file monthly operating reports and post-effective date quarterly operating reports on a consolidated basis for the jointly-administered Debtors; *provided, however,* that income and disbursements shall be tracked and broken out on a Debtor-by-Debtor basis.

8. Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on the claim and not against the jointly-administered Debtors, except as otherwise provided in any other order of this Court.

9. Under the circumstances of the Chapter 11 Cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

10. The requirements of Bankruptcy Rule 6003 are satisfied by the contents of the Motion.

11. Notwithstanding anything to the contrary in this Order, in the event of any inconsistency between the terms of this Order and the terms of (i) any order of this Court

approving the debtor-in-possession financing facility and use of cash collateral (the "**DIP Order**"), including, without limitation, any budget in connection therewith, or (ii) any order approving the Debtors' continued performance under their securitization facility (the "**Securitization Order**"), the terms of the DIP Order or the Securitization Order, as applicable, shall govern.

12. Any Bankruptcy Rule (including, but not limited to, Bankruptcy Rule 6004(h)) or Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

13. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the terms of this Order.

14. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: November 12, 2019.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE