IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-36314 |
| | § | |
| SOUTHERN FOODS COMPANY, | § | Chapter 11 |
|    Debtors | § | |
| | § | |

**PLAINTIFF'S NOTICE TO WITHDRAW
HIS MOTION FOR RELIEF FROM AUTOMATIC STAY
(DOC. 9)**

On January 27, 2020, Plaintiff, Dean Hawa filed a Motion for Relief from Automatic Stay. Counsel for Plaintiff, moves the Court to withdraw Document 9.

Respectfully Submitted,

*/s/ Noah Wexler*
Noah M. Wexler
State Bar No. 24060816
J. Benjamin Bireley
State Bar No. 24076086
Jake Balser
State Bar No. 24109155
Arnold & Itkin, LLP
6009 Memorial Drive
Houston, Texas 77007
t. 713.222.3800
nwexler@arnolditkin.com
bbireley@arnolditkin.com
jbalser@arnolditkin.com
jaiteam@arnolditkin.com

**ATTORNEYS FOR DEAN HAWA**

**Certificate of Service**

    I certify that on March 9, 2020, a copy of the foregoing was served upon the following counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure:

/s/ Noah M. Wexler
Noah M. Wexler